# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES CRARY, | ) | |
| Plaintiff, | ) | Civil Action No. 2:16-cv-00024 |
| v. | ) | U.S. District Judge Mark R. Hornak |
| F.B.I., | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

**Mark R. Hornak, United States District Judge**

The Plaintiff is seeking *in forma pauperis* ("IFP") status in this civil action. When such status is sought, the Court is obligated to review the Complaint to determine if it states a plausible claim for relief, and to dismiss it if it does not. *See Detar v. U.S. Government*, 13-cv-1499, 2014 WL 517715 (W.D. Pa. Feb. 7, 2013).

In this case, the Plaintiff alleges in an annexed affidavit a series of hurtful and harmful life events involving a number of notable people (John Lennon, Yoko Ono, Donald Trump, Vladimir Putin), and various locales (Maine, Hollywood and Mister Roger's Neighborhood), seemingly all as the result of the single named Defendant's, the Federal Bureau of Investigation's ("FBI"), failure to investigate or prosecute certain crimes. All such claims are barred by the doctrine of sovereign immunity, by the rule that such a claim will not lie against a federal agency as an agency, nor as to an alleged failure to investigate a crime. *See Detar v. Metting*, 14-cv-1600, 2015 WL 3457499 (W.D. Pa. May 29, 2015).

The Plaintiff's pleading problems, for those reasons, cannot be cured by amendment, and because the Plaintiff does not and cannot state a plausible claim for relief, IFP status will be

granted, and the Complaint dismissed with prejudice. *Grayson v. Mayview State Hosp.*, 293 F. 3d 104, 114 (3d Cir. 2002).

An appropriate Order will issue.

s/ Mark R. Hornak
Mark R. Hornak
United States District Judge

Dated: January 7, 2016

cc: James Crary
3 Saint Johns Place #1
Pittsburgh, PA 15201